Jeremiah Nelson #2005603
899 FM 632
Kenedy, Tx. 78119
Connally Unit

AFFIDAVIT OF COMPLAINT
THE Court of KARNES COUNTY
STATE OF TEXAS

# FILED

Jeremiah D.D. Nelson #2005603

V.

Texas Department of Criminal Justice

AUG 26 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

1:21CV0753RP

*These are 2 different claims on seggerate days.*

On approximately August 4, 2021 at 5:26 pm in Kenedy, Tx on John B. Connally Unit, County of Karnes while plaintiff me Jeremiah Nelson and Demarcus McGilbray #2006019 was in 8 building L pod 2 section 46 cell. Officer Lt. Jordan Portillo -&- Sgt Merring comes to our cell and requests a formal cell search. As in doing so the officers can be seen on video footage throwing our personal belongings over 3 row down to 1 row. When said officer is done conducting cell search we are placed back in the cell to realize we only have 2 green cups -&- 2 bottles of water. NOTHING ELSE. Remember we are in the hottest month of year we have no fans so it is at least 100°F+ in those cells with no circulation. So we try to get higher ranking officials to scene so we can compromise and get a better understanding, which we fell to do so. Officer Portillo states "Fuck yall you aint getting shit I run this building"!! The whole time we are in restraints to our back. Lets say around 5:50 pm he extracts a long spray of chemical agents into McGilbrays eyes as hes walking to door when called to door. In doing so Demarcus McGilbray falls out into a full blown seizure and I yell to Lt. Portillo "hes having a seizure over and over and he says fuckem get up off floor and to tray slot. I try to help him up but its dead weight. So I just instead try to hold his head from hitting floor and he simply sprays us again. So now we are blinded by gas. Eventually I get McGilbray up and to slot to get cuffs off. When they take his cuffs off he "yells I need medical attention

→

and Lt. Portillo continues to forcefully close McGilbrays arms in the stray slot. Nurse Dominguez comes and looks in cell for all of 3 seconds and never asks any questions. We are never giving oppurtunity to get any soap to wash off decantamination of the chemical agents. I have ashtma, high blood pressure, -3- high cholosterol and they took all my meds and my ashtma pump. I was left to struggle to breath on my own for 45 minutes. We are never giving a change of clothes for DAYS!!! Today is August 16, 2021 and we still have not recieved any of our personal belongings. such as, soap, deodarant, toothpaste, toothbrush or any shower materials. NOTHING. Family Pictures even was thrown away in trash this is an unjust matter. We are forced to sleep on straight steel for almost 5 days straight. This is what you call excessive use of force and cruel and unusual punishment. At around 11:20 am on August 5, 2021 officer Orroszco comes to our cell and states that Lt Portillo tells him to rewrite his statement on what took place. "That he is not going to write what he wants. Your going to write what I tell you to write. So the officer was forced to change his statement. After everything was said and done we never recieved medical attention we were left with gas on us for days with no change of clothes. Just the boxers we were gassed in. No pictures taken, No questions asked of injurys. All officers on scene. Capt. Herrera, Capt Woleslagle, Capt Taylor, Sgt. Madrigal, Sgt. Merring. This is second time in 30 days I been extracted with chemical agents and its been causing a reaction to my right eye, causing loss of vision and blurryness.

    I swear to whomever may concern that all the claims I have stated is the truth and nothing but the truth.

    #2005603
Jeremiah Nelson
Plaintiff in Pro Se
Plaintiff demands trial by Jury